```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KAZZIM COOPER,                                              :
                                                            :
                    Petitioner,                             :     18-CV-9405 (KPF) (OTW)
                                                            :
              -against-                                     :     ORDER
                                                            :
MICHAEL LAPRA,                                              :
                                                            :
                    Respondent.                             :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

Respondent is directed to submit the following by **December 20, 2019**:

- A detailed status update of Petitioner's direct appeal, including any upcoming hearing dates and/or deadlines, that includes cites to the record;

- All available lower court decisions relevant to his direct appeal;

- A detailed description of the steps Petitioner must take to exhaust his state remedies, if he has not done so already;

- Periodic status updates every 30 days in regard to Petitioner's direct appeal;

- A status update on whether the Petitioner is currently in custody, and if not, the conditions of his release.

Respondent is also directed to serve a copy of this order to Petitioner's counsel, if any, in his direct appeal.

The Clerk is respectfully directed to mail a copy of this Order to Petitioner.

**SO ORDERED.**

    *s/ Ona T. Wang*

Dated: November 25, 2019      **Ona T. Wang**
    New York, New York      United States Magistrate Judge